UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rene Cauchi, et al. v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-13223-DRH |
| *Ladonia Coatney v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-13129-DRH |
| *Melanie Tuncay v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-10130-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
        **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.03.08 09:29:23 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT